```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
ANGEL VALVERDE,                              :
                                             :
                           Plaintiff,        :    19 Civ. 8080 (MKV)
                                             :
                                             :    **ORDER AUTHORIZING THE**
          - against -                        :    **DEPOSITION OF**
                                             :    **INCARCERATED PLAINTIFF**
                                             :
                                             :
J.D. FOLKS, CORRECTION OFFICER, et al.,      :
                                             :
                           Defendants.       :
--------------------------------------------------------------- X

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Angel Valverde, DIN # 11A5718, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a correctional facility maintained by the New York State Department of Corrections and Community Supervision, upon notice to Plaintiff and the Superintendent of the correctional facility.

Dated:  New York, New York
        December 9, 2020

                                        SO ORDERED.

                                        _____
                                        United States District Judge
                                         Mary Kay Vyskocil