UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL VALVERDE,

                Plaintiff,

-against-

J.D. FOLKS, Correction Officer, et al.,

                Defendants.
-----------------------------------------------------------X

19 CIVIL 8080 (MKV)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2022, Defendants' Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 21, 2022

RUBY J. KRAJICK
_____
Clerk of Court

BY:
_____
Deputy Clerk